FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN M., <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　Defendant. | No. 1:22-CV-03123-SAB <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND** |

　　　　Before the Court is the parties' Stipulated Motion for Remand, ECF No. 12. The motion was considered without oral argument. Plaintiff is represented by D. James Tree. Defendant is represented by Heidi Triesch and Brian M. Donovan.

　　　　The parties stipulate that the above-captioned case be reversed and remanded to the Commission of Social Security to permit the ALJ to take any necessary action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision.

　　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　　1.　The parties' Stipulated Moton for Remand, ECF No. 12, is **GRANTED**.

　　　　2.　The Commissioner's decision regarding Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is **REVERSED** and **REMANDED**.

　　　　3.　On remand, the Administrative Law Judge shall take any necessary

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 31st day of January 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2